AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Antoine Louis<br><br>*Defendant(s)* | Case No.  2:20-mj-000149 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 6, 2020** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Distribution of Heroin |

This criminal complaint is based on these facts:

On 10/06/20, SA Bullard with ATF met with a CI to conduct a controlled purchase of heroin from Antoine Louis. The sale occurred in Charleston, WV. The CI used an audio/video recording device. Louis was observed by agents meeting with the CI and is visible on video talking about the quality of the heroin. The CI subsequently provided agents with 5.7 grams of heroin that was sold by Louis. The field test was positive for heroin. Louis is currently on supervised release.

☐ Continued on the attached sheet.

*Complainant's signature*

David Bullard, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/22/2020

*Judge's signature*

City and state: Charleston West Virginia    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*